# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

**EVERETT ROSE,**
**Petitioner,**

vs.   Case Number: **10-2198**

**JESSE MONTGOMERY,**
**Respondent.**

### JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition under 28 U.S.C. §2254 is dismissed. Case terminated.

**Dated:** May 18, 2011

s/ Pamela E. Robinson
Pamela E. Robinson
Clerk, U.S. District Court